No. 59. BELLOWS FALLS POWER COMPANY, PLAINTIFF IN ERROR, *v.* COMMONWEALTH OF MASSACHUSETTS. In error to the Supreme Judicial Court of the State of Massachusetts. Argued November 16, 1917. Decided November 19, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 596, 600; *Manhattan Life Insurance Co.* v. *Cohen*, 234 U. S. 123, 137; *Easterling Lumber Co.* v. *Pierce*, 235 U. S. 380. See *Hamilton Company* v. *Massachusetts*, 6 Wall. 632. *Mr. Richard Y. FitzGerald* for plaintiff in error. *Mr. Henry C. Attwill* and *Mr. William Harold Hitchcock* for defendant in error.

---

No. 49. FRANCIS STEPHEN MEDCRAF, APPELLANT, *v.* ROBERT T. HODGE, AS SHERIFF OF KING COUNTY, WASHINGTON. Appeal from the District Court of the United States for the Western District of Washington. Argued November 14, 15, 1917. Decided November 19, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Ex parte Royall*, 117 U. S. 241, 251; *In re Frederich*, 149 U. S. 70, 77; *Markuson* v. *Boucher*, 175 U. S. 184; *Urquhart* v. *Brown*, 205 U. S. 179; *Frank* v. *Mangum*, 237 U. S. 309, 328, 329. *Mr. Cassius E. Gates* and *Mr. W. B. Stratton* for appellant. *Mr. Alfred C. Lundin* and *Mr. H. M. Caldwell* for appellee.